IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **RESTORE KCMO, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-00429-CV-W-WBG |
| ) | |
| **GREAT LAKES INSURANCE, SE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On August 2, 2023, the parties filed a Stipulation for Dismissal with Prejudice. Doc. 81. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED.**

DATE: August 2, 2023                     /s/ W. Brian Gaddy
                                          W. BRIAN GADDY
                                          UNITED STATES MAGISTRATE JUDGE